**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2150**

———————

MUSTAFA S. HASSAN,

                                    Plaintiff - Appellant,

        versus

DAVID A. BELL; MICHAEL P. MURPHY; LAILA
EDJLALA; TED WARD; KATHLEEN S. HALL; GEICO
INSURANCE COMPANY, INCORPORATED,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-02-1136-A)

———————

Submitted:  February 12, 2003        Decided:  February 25, 2003

———————

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Mustafa S. Hassan, Appellant Pro Se.  Patrick Christopher Asplin,
KEELER OBENSHAIN, P.C., Charlottesville, Virginia; Michael Joshi,
MILLER, MILLER, KEARNEY & GESCHICKTER, Fairfax, Virginia; Brian
Andrew Geschickter, GEICO, Fairfax, Virginia; Elaine Scott Moore,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mustafa S. Hassan appeals the district court's order dismissing his complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim. Hassan claims the Defendants violated his various constitutional and statutory rights based on their roles in a state action that concluded adversely to him. We have reviewed the record and find no reversible error. See Leonard v. Suthard, 927 F.2d 168, 169-70 (4th Cir. 1991). We therefore affirm the district court's order. See Hassan v. Bell, No. CA-02-1136-A (E.D. Va. filed Sept. 27, 2002; entered Sept. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED